456 F.2d 685
 Sidney J. GROBAN, Individually and as Executor of the Estate
of Saul Groban, et al., Appellees,
v.
AMERICAN CASUALTY COMPANY, Appellant.
 No. 560, Docket 71-1928.
 United States Court of Appeals,
Second Circuit.
 Argued March 20, 1972.
Decided April 7, 1972.
 
 William K. Johnson, Chicago, Ill. (Lord, Bissell & Brook, Chicago, Ill., Joseph T. McGowan, Hill, Rivkins, Warburton, McGowan & Carey, New York City, on the brief), for appellees.
 Joseph J. Magrath, 3rd, New York City (Alexander Peltz, Bigham, Englar, Jones, & Houston, New York City, on the brief), for appellant.
 Before HAYS, MANSFIELD and MULLIGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The decision of the district court, 331 F.Supp. 883, is affirmed.